UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEE W. MURBERG,

    Plaintiff,

vs.                                           CASE NO. 8:08-CIV-936-T-17-JRK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge James R. Klindt, on December 18, 2009 (Docket No. 28). The magistrate judge recommended that the Court award attorney's fees in the amount of $4,718.65, expenses in the amount of $10.64, and costs in the amount of $375.00, to be paid directly to Enrique Escarraz, III, Esquire, the plaintiff's attorney.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No objections have been filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

CASE NO. 8:01-CIV-1908-T-17

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993). To date no objections have been filed.

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, dated December 28, 2009 (Docket No. 28) be **adopted** and **incorporated by reference**; the Court grants the motion (Docket No. 22) and **awards** attorney's fees in the amount of $4,718.65, expenses in the amount of $10.64, and costs in the amount of $375.00, to be paid directly to Enrique Escarraz, III, Esquire, the plaintiff's attorney. The Clerk of Court shall enter judgment pursuant to 28 U.S.C. § 2412 in favor of plaintiff and against defendant as set out above.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of January, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge